THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GLEN
STERKOWICZ, Defendant-Appellant.

(No. 72-205; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Second District—August 2, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Schirmer, Schirger, Graff & Beger, of Freeport, for appellant.

F. Lawrence Lenz, State's Attorney, of Freeport, and James W. Jerz,
of Model District State's Attorneys Office, of Elgin, for the People.